UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON CRAIG,

    Plaintiff,

v.                                                            CASE NO: 8:10-cv-2203-T-26AEP

MANATEE GLENS CORPORATION,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that the Joint Motion to Approve Settlement Agreement and to Dismiss Case With Prejudice (Dkt. 11) is granted. The Court approves the parties' settlement agreement attached to the motion. This case is dismissed with prejudice with the Court retaining jurisdiction to enforce the terms of the settlement agreement. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on June 14, 2011.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record